IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION
TRUST FUND, WISCONSIN PIPE TRADES
HEALTH FUND AND NACARCI FEASTER,
PLUMBERS LOCAL 75 HEALTH FUND,
PLUMBERS LOCAL 75 EDUCATION FUND,
PLUMBERS LOCAL 75 INDUSTRY
ADVANCEMENT FUND, PLUMBERS
LOCAL 75 401(k) PLAN, PLUMBERS
LOCAL 75 MARKET RECOVERY FUND,
HARRY KREUSER, WISCONSIN SHEET
METAL WORKERS HEALTH AND
BENEFIT FUND, MILWAUKEE AREA
SHEET METAL JOURNEYMEN AND
APPRENTICESHIP TRAINING FUND,
WISCONSIN SHEET METAL WORKERS
LOCAL PENSION FUND and WILLIAM
HOEPNER,

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-41-bbc

    Plaintiffs,

v.

M.C.I., INC., and MARVIN MORGAN,

    Defendants.

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs against defendants M.C.I., Inc. and Marvin Morgan in the amount of $45,340.55.

_Peter Oppeneer_, Clerk of Court

JUL 1 0 2009

Date